ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3172
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>ONE 2008 CHEVROLET CORVETTE Z06; ONE 2007 CADILLAC ESCALADE; ONE 2005 CHEVROLET SILVERADO 1500 LS TRUCK; $4,000.00 IN U.S. CURRENCY; AND $7,011.56 IN BANK FUNDS<br><br>       Defendants. | NO. **2:10-cv-01943-JHN -FFMx**<br><br>**CONSENT JUDGMENT AS TO POTENTIAL CLAIMANT ALEJANDRO RAIGOZA, JR. ONLY** |

/ / /

/ / /

1

This action was filed on March 17, 2010.  Notice was given and published in accordance with law.  Plaintiff and potential claimant Alejandro Raigoza, Jr. ("Raigoza") have reached an agreement that is dispositive of the action.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendants One 2008 Chevrolet Corvette Z06 (VIN #1G1YY26E885109646), One 2007 Cadillac Escalade (VIN #1GYFK63857R296626), One 2005 Chevrolet Silverado 1500 Ls Truck (VIN #1GCEK14T25Z229762), $4,000.00 in U.S. Currency, and $7,011.56 in Bank Funds (hereinafter "defendants") other than Raigoza are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.  Raigoza is relieved of his obligation to file a verified claim of interest or an answer in this litigation.

3.   The United States of America shall have judgment as Raigoza's interests in the defendants One 2007 Cadillac Escalade, One 2008 Chevrolet Corvette Z06 and One 2005 Chevrolet Silverado 1500 Ls Truck.  The United States Marshals' Service shall dispose of these defendant vehicles in accordance with law.

/ / /

4.  The defendants $4,000.00 in U.S. Currency and $7,011.56 in Bank Funds, without any interest earned by the government on either amount, shall be paid to Raigoza and be returned in care of his attorney, Eric Honig.  Said funds in the total amount of $11,011.56 shall be forwarded to "Alejandro Raigoza, Jr." in care of his attorney, Eric Honig, Esq., P.O. Box 10327, Marina Del Rey, California 90295 within 60 days of the date the Court executes this Consent Judgment.

5.  Raigoza hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.  The court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated:  June 28, 2010

THE HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: June 25, 2010        ANDRÉ BIROTTE JR.
                            United States Attorney
                            CHRISTINE C. EWELL
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section


                                  /s/ Katharine Schonbachler
                            KATHARINE SCHONBACHLER
                            Assistant United States Attorney
                            Attorneys for Plaintiff
                            United States of America


DATED: June 25, 2010        LAW OFFICE OF ERIC HONIG


                                  /s/ Eric Honig
                            ERIC HONIG, ESQ.
                            Attorney for ALEJANDRO RAIGOZA, JR.